**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **TERRESTRIAL COMMS LLC,**<br><br>Plaintiff<br><br>v.<br><br>**NEC CORPORATION,**<br><br>Defendant | **Case No. 6:20-cv-00096**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Terrestrial Comms LLC ("Plaintiff" or "Terrestrial") hereby asserts the following claims for patent infringement against Defendant NEC Corporation ("Defendant" or "NEC"), and alleges, on information and belief, as follows:

### THE PARTIES

1. Terrestrial is a limited liability company organized and existing under the laws of the Texas with its principal place of business at 17330 Preston Road, Suite 200D, Dallas, Texas 75252.

2. On information and belief, Defendant NEC Corp. is a Japanese corporation with its headquarters in 7-1, Shiba 5-chome, Minato-ku, Tokyo 108-8001, Japan.

### JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq.* This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. Defendant has committed acts of infringement in this judicial district.

5.     On information and belief, the Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in the state of Texas, has conducted business in the state of Texas, and/or has engaged in continuous and systematic activities in the state of Texas.

6.     On information and belief, Defendant's that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the Western District of Texas.

7.     Venue is proper in the Western District of Texas pursuant to 28 U.S.C. § 1400(b).

## ACUSED PRODUCTS

8.     Upon information and belief, Defendant makes, uses, imports, sells, and/or offers for sale the NEC SL1100 telephone systems, among other telephone systems, (collectively the "Accused Telephone Products").

9.     Upon information and belief, Defendant NEC encourages and supports the use of the Accused Telephone Products through its online support, advertising, and licensing relationships with resellers.

10.     Upon information and belief, Defendant makes, uses, imports, sells, and/or offers for sale the NEC MultiPresenter Stick, among other systems, (collectively the "Accused MultiPresenter Products").

11.     Upon information and belief, Defendant NEC encourages and supports the use of the Accused MultiPresenter Products through its online support, advertising, and licensing relationships with resellers.

**THE PATENTS-IN SUIT**

12.    On October 11, 2011, United States Patent No. 8,037,134 (the "'134 patent"), entitled "Controlled Multicast," was duly and lawfully issued by the U.S. Patent and Trademark Office.

13.    Terrestrial is the assignee and owner of the right, title and interest in and to the '134 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

14.    On August 29, 2006, United States Patent No. 7,098,850 (the "'850 patent"), entitled "Grounded Antenna for a Wireless Communication Device and Method," was duly and lawfully issued by the U.S. Patent and Trademark Office.

15.    Terrestrial is the assignee and owner of the right, title and interest in and to the '850 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

16.    On March 20, 2007, United States Patent No. 7,193,563 (the "'563 patent"), entitled "Grounded Antenna for a Wireless Communication Device and Method," was duly and lawfully issued by the U.S. Patent and Trademark Office.

17.    Terrestrial is the assignee and owner of the right, title and interest in and to the '563 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

18.    On August 12, 2008, United States Patent No. 7,411,552 (the "'552 patent"), entitled "Grounded Antenna for a Wireless Communication Device and Method," was duly and lawfully issued by the U.S. Patent and Trademark Office.

19.     Terrestrial is the assignee and owner of the right, title and interest in and to the '552 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

### COUNT I – INFRINGEMENT OF U.S. PATENT NO. 8,037,134

20.     Terrestrial repeats and realleges the allegations of paragraphs 1 through 19 as if fully set forth herein.

21.     Claim 1 of the '134 Patent recites:

1.      A method comprising:

receiving a multicast data packet at a routing unit of a communication system, wherein the multicast data packet includes a multicast address associated with a multicast group;

identifying a receiver address associated with the multicast address;

identifying one or more parameters associated with the receiver address, wherein at least one of the one or more parameters identifies a type of content that is not to be sent to the receiver address;

filtering the multicast data packet based on the one or more parameters to generate a filtered data packet, wherein the filtering includes removing the type of content from the multicast data packet to generate the filtered data packet; and

transmitting the filtered data packet to the one of the receiver address.

22.     Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '134 Patent by making, using, importing, offering for sale, and/or selling the Accused Telephone Products.

23.     As exemplified below, the Accused Telephone Products are a telephone system which provides phone services for small business users. It supports cordless phones and provides a Call Screening facility.

>   *1.      A method comprising receiving a multicast data packet at a routing unit of a communication system, wherein the multicast data packet includes a multicast address associated with a multicast group;*

The Accused Telephone Products are operable to receive a multicast data packet at a routing unit of the communication system.



https://www.thetelecomspot.com/products/phone-systems/nec/nec-sl-series/nec-sl-bundle-kits/nec-sl1100-digital-quick-start-kit-with-24-b.html

NEC's SL1100 Communications System delivers an integrated unified communications (UC) solution that enhances productivity and collaboration while offering key functions that deliver excellent business benefits. The SL1100 offers IP technology, mobility options, voicemail, email, call accounting, automatic call distribution, unified communications, and a selection of IP and digital handsets.

http://www.necsl1100.com/InteractiveGuide/index.html

The Accused Telephone Products functions as a routing unit of the telecommunication system.





http://advancedhostedservices.com/wp-content/uploads/2016/12/NEC-SL1100-Networking-Manual.pdf

To send receive and send multicast data packets the Accused Telephone Products use IP networking:

| SECTION 1 | INTRODUCTION[1] |
| --- | --- |
| | IP Networking uses VoIP technology to connect two or more telephone systems together. This allows calls to be made between sites without using the public telephone network. This saves considerable money, and makes communication between sites much easier. |

http://advancedhostedservices.com/wp-content/uploads/2016/12/NEC-SL1100-Networking-Manual.pdf

When the phones are set to receive Multicast packets the VoIPDB will send one RTP stream. Multicast is a protocol that allows one device to communicate to multiple devices without the need to stream to the individual end point. E.g. If there are five IP Terminals in the page group that are set to Multicast Mode, the VoIPDB will send one RTP stream utilizing only one DSP resource.

https://www.manualslib.com/manual/858890/Nec-Sl1100.html?page=773

When an IP multiline phone sends an internal page to an internal paging group the data is sent as a multicast data packet. The packet is generated from the device and then sent to the Accused Telephone Products which are configured to transmit the data to the intended multicast group.



https://www.manualslib.com/manual/858890/Nec-Sl1100.html?page=774

Complaint for Patent Infringement                                    Page | 6



- A Single Line Terminal can initiate an Internal Zone page, but cannot receive an Internal Zone Page.
- If an internal paging group has only IP Multiline Stations, multicast is used for the page. IP Multiline Terminals must have a gateway programmed to accomplish a multicast transmission. When an actual gateway device does not exist on the network, a dummy gateway address on the same subnet must be defined.
- When a paging group contains all IP Terminals, the page is sent via a multicast message from the initiating IP Terminal. If a paging group has IP and TDM phones, when and IP Terminal initiates the page, a message is sent to the CPU and the CPU sends the multicast message for the IP Terminals.

https://www.manualslib.com/manual/858890/Nec-Sl1100.html?page=576

### Program 31 : Paging Setup
### 31-02 : Internal Paging Group Assignment

Level:
IN

#### Description

Use Program 31-02 : Internal Paging Group Assignment to assign extensions to Internal Paging Groups (i.e., Page Zones). The setting in this program also determines if the Internal Page Group can receive an Internal All Call Paging. The system can have up to 32 paging groups. An extension can be in only one Internal Paging Group.

#### Input Data

| Extension Number | Maximum eight digits |
|---|---|

| Item No. | Item | Input Data | Description | Default |
|---|---|---|---|---|
| 01 | Internal Paging Group Number | 2 ~ 32<br>0 = No setting | Assign extensions to Internal Paging Groups (i.e., Page Zones). The system allows up to 32 Internal Paging Groups. An extension can be in only one Internal Paging Group. | Port 1 = 16 = 1 (Group 1); Port 17 ~ = 0 |
| 02 | Internal All Call Paging Receiving | 0 = Off<br>1 = On | Allow or prevent All Call Internal Paging for each extension. If allowed, extension can place and receive All Call Internal Paging announcements. If prevented, extensions can only make (not receive) All Call Internal Paging announcements. If combined, Paging zones should be restricted as well, change the internal page zone group in Program 31-01-01 to 0. | 0 |

https://www.manualslib.com/manual/968877/Nec-Sl1100.html?page=343

The multicast group is associated with a paging zone number, which indicate the address of the Multicast Group.

*identifying a receiver address associated with the multicast address;*

The Accused Telephone Products can identify a specific receiver address associated with the multicast address.



Figure 1-54 Multicast Mode Example

https://www.manualslib.com/manual/858890/Nec-Sl1100.html?page=774

Each multiline IP phone has a fixed Port address. When grouped by the multicast address (internal page grouping number) the IP Phone receives an extension number that registers it under the multicast address. To assign the IP Phone to an extension, the extension matches the individual IP Phones Port Address.



https://www.manualslib.com/manual/968877/Nec-Sl1100.html?page=343

| Extension Number | | | Maximum eight digits | | |
|---|---|---|---|---|---|
| Item No. | Item | Input Data | Description | Default | Related Program |
| 01 | Terminal Type | Read Only: 0 = NGT 1 = H.323 2 = SIP 3 = MEGACO 4 = SIP-MLT | | - | - |
| 02 | IP Phone Fixed Port Assignment | MAC address 00-00-00-00-00-00 ~ FF-FF-FF-FF-FF-FF | MAC address of registered SIP MLT phone is stored and/or can input the MAC address of an SIP MLT phone so when it comes online it is provided with the extension in which the MAC address matches. | 00-00-00-00-00-00 | 15-05-01 |
| 04 | Nickname | Up to 48 characters | Nickname section on invite message. Example: Extension 100 has a nickname set to PAUL. Extension 101 has command 15-05-17 set to Nickname. The inbound call to extension 101, from 100, shows PAUL. Nickname must be unique in the system. | No Setting | 15-05-17 |
| 07 | Using IP Address | Read Only: 0.0.0.0 ~ 255.255.255.255 | | - | 15-05-01 |
| 09 | Call procedure port | Read Only: 0 ~ 65535 | | - | 15-05-01 |
| 15 | CODEC Type | 1 = Type 1 2 = Type 2 3 = Type 3 4 = Type 4 5 = Type 5 | Assign the CODEC Type of the SIP MLT. | 1 | 84-24 84-11 15-05-01 |
| 16 | Authentication Password | Up to 24 characters | Assign the authentication password for SIP single line telephones. | No Setting | 15-05-01 |

http://www.necsl1100distributors.com/mm5/downloads/sl1100/manuals-ug/SL1100-Programming-Manual.pdf

*identifying one or more parameters associated with the receiver address, wherein at least one of the one or more parameters identifies a type of content that is not to be sent to the receiver address;*

The Accused Telephone Products, when programmed, identifies two parameters associated with the receiver address:

1.    whether at least one device is 'Off Hook' or 'On Hook' (e.g. phone is idle or in use) within a group, and

2.    Whether or not the Class of Service option is turned on or off (Option to receive an alert message on the screen of the telephone)



https://www.manualslib.com/manual/968877/Nec-Sl1100.html?page=207#manual



https://midwesttechnology.uservoice.com/knowledgebase/articles/1908301-message-waiting-on-the-nec-sl2100-and-sl1100

Each of those parameters identify a type of content not to be sent to the device.

The content being:

1.      a live Paging message (voice content/if the device is idle);

2.      a Paging message stored in the message box (voice content/if the device is not idle); and

3.      an alert message to be displayed on a telephone (Message Content/if the device is not idle and the Class of service option is option is turned on).



https://www.manualslib.com/manual/858890/Nec-Sl1100.html?page=576



http://www.necsl1100.com/downloads/SL1100%20User%20Documentation/IP%20Multiline%20Terminal%20User%20Guide.pdf

> *filtering the multicast data packet based on the one or more parameters to generate a filtered data packet, wherein the filtering includes removing the type of content from the multicast data packet to generate the filtered data packet; and*

Based on the status of the receiver address (whether the IP phone is busy or idle)

the multicast data packet, sent from the first phone to the Multicast group, will either

remove the Live paging message, or cause the Paging alert message to appear on the screen of the device.



https://www.manualslib.com/manual/858890/Nec-Sl1100.html?page=576

*transmitting the filtered data packet to the one of the receiver address.*

The filtered data packet (containing content that was removed) to the corresponding receiver address.



https://www.manualslib.com/manual/858890/Nec-Sl1100.html?page=576

24.     Terrestrial is entitled to recover from Defendant the damages sustained by Terrestrial as a result of Defendant's infringement of the '134 Patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 7,098,850

25.     Terrestrial repeats and realleges the allegations of paragraphs 1 through 19 as if fully set forth herein.

26.     Claim 1 of the '850 Patent recites:

1.     A wireless communication device, comprising:

a substrate;

a wireless communication chip positioned on said substrate;

a ground plane positioned on said substrate;

a first antenna operating at a first operating frequency and electrically coupled to said wireless communication chip by a coupling element, said first antenna also electrically coupled to said ground plane; and said coupling element being arranged to act as a second antenna at a second operating frequency.

27.     Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '850 Patent by making, using, importing, offering for sale, and/or selling the Accused MultiPresenter Products.

28.     As exemplified below, the Accused MultiPresenter Products are a wireless communication device that communicates via Bluetooth and Wi-Fi.

*A wireless communication device, comprising:*

The Accused Products communicates via Bluetooth and Wi-Fi.





https://www.nec-display-solutions.com/p/eeme/en/products/accessories/details/t/Options/Wireless-Transmission/rp/MultipresenterStick-MP10RX.xhtml

> *a substrate;*

> *a wireless communication chip positioned on said substrate;*

> *a ground plane positioned on said substrate;*

The chipset within the Accused Products comprises a substrate, a wireless communication chip positioned on said substrate, and a ground plane positioned on one side of that substrate:



The Accused Productsality includes a wireless communication chip (e.g. AW-NB168sm board including Realtek RTL8723BS Combo Module) which is a wireless communication chip capable of communication over Bluetooth and Wi-Fi.



https://fccid.io/TX2-RTL8723BS/Users-Manual/User-Manual-2267165

http://files.pine64.org/doc/datasheet/pine64/RTL8723BS.pdf







The chipset within the Accused Products comprises a substrate, a wireless communication chip positioned on said substrate, and a ground plane positioned on one side of that substrate:



The Accused Productsality includes a wireless communication chip (e.g. AW-NB168sm board including Realtek RTL8723BS Combo Module) which is a wireless communication chip capable of communication over Bluetooth and Wi-Fi.



https://fccid.io/TX2-RTL8723BS/Users-Manual/User-Manual-2267165

http://files.pine64.org/doc/datasheet/pine64/RTL8723BS.pdf







*a first antenna operating at a first operating frequency and electrically coupled to said wireless communication chip by a coupling element, said first antenna also electrically coupled to said ground plane; and*

The Accused Products utilizes a coupling element to electrically couple a first antenna, which operates at a first operating frequency to said wireless communication chip and said ground plane.







The coaxial cable has two connection points, one leading to the wireless communication chip and the other leading the said ground plane.



Connection to said wireless communication chip:







Opposite side of substrate:



Connection to said ground plane:





Opposite side of substrate:



*said coupling element being arranged to act as a second antenna at a second operating frequency.*

The wireless communication chip is designed to operate at two frequencies:

| | |
|---|---|
| Operating Channel | **WiFi 2.4GHz:**<br>11: (Ch. 1-11) – United States<br>13: (Ch. 1-13) – Europe<br>13: (Ch. 1-14) – Japan<br>**BT 2.4GHz:**<br>Ch. 0 –78 |
| Frequency Range | 2.400GHz ~ 2.4835 GHz |

https://fccid.io/TX2-RTL8723BS/Users-Manual/User-Manual-2267165

**2. PRODUCT FEATURES**

Operate at ISM frequency bands (2.4GHz)
GSPI/SDIO for WiFi and UART for Bluetooth
IEEE standards support: IEEE 802.11b, IEEE 802.11g, IEEE 802.11n, IEEE 802.11d, IEEE 802.11e, IEEE 802.11h, IEEE 802.11i
Fully Qualified for Bluetooth 2.1 + EDR specification including both 2Mbps and 3Mbps modulation mode
Fully qualified for Bluetooth 3.0
Fully qualified for Bluetooth 4.0 Dual mode
Full –speed Bluetooth operation with Piconet and Scatternet support.
Enterprise level security which can apply WPA/WPA2 certification for WiFi.
WiFi 1 transmitter and 1 receiver allow data rates supporting up to
150 Mbps downstream and 150 Mbps upstream PHY rates
For WiFi/BT, it uses fixed path for WiFi and BT, which means one antenna assigned for WiFi and the other is assigned for BT.
Support Bluetooth adaptive power management mechanism
Full-featured software utility for easy configuration and management
RoHS compliance
Low Halogen compliance

http://files.pine64.org/doc/datasheet/pine64/RTL8723BS.pdf



29.    Terrestrial is entitled to recover from Defendant the damages sustained by Terrestrial as a result of Defendant's infringement of the '850 Patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT III – INFRINGEMENT OF U.S. PATENT NO. 7,193,563**

30.    Terrestrial repeats and realleges the allegations of paragraphs 1 through 19 as if fully set forth herein.

31.    Claim 1 of the '563 Patent recites:

　　　　1.    A wireless communication device, comprising:

　　　　　　　a substrate;

　　　　　　　a wireless communication chip positioned on said substrate;

a ground plane positioned on said substrate; and

an antenna electrically coupled to said wireless communication chip and

electrically shorted at one end to said ground plane.

32.     As exemplified below, the Accused MultiPresenter Products are a wireless communication device that communicates via Bluetooth and Wi-Fi.

*A wireless communication device, comprising:*

The Accused Products communicates via Bluetooth and Wi-Fi.





https://www.nec-display-solutions.com/p/eeme/en/products/accessories/details/t/Options/Wireless-Transmission/rp/MultipresenterStick-MP10RX.xhtml

*a substrate;*

*a wireless communication chip positioned on said substrate;*

*a ground plane positioned on said substrate; and*

The Accused Products comprises a substrate, a wireless communication chip positioned on said substrate, and a ground plane positioned on one side of that substrate:



The Accused Productsality includes a wireless communication chip (e.g. AW-NB168sm board including Realtek RTL8723BS Combo Module) which is a wireless communication chip capable of communication over Bluetooth and Wi-Fi.



https://fccid.io/TX2-RTL8723BS/Users-Manual/User-Manual-2267165

http://files.pine64.org/doc/datasheet/pine64/RTL8723BS.pdf







*an antenna electrically coupled to said wireless communication chip and electrically shorted at one end to said ground plane.*

The Accused Products utilizes an antenna that is electrically coupled to the wireless communication chip and electrically shorted at one end to said ground plane:



The coaxial cable has two connection points, one leading to the wireless communication chip and the other leading the said ground plane.



Connection to wireless communication chip:







Opposite side of substrate:



Connection to said ground plane:





Opposite side of substrate:



33.    Terrestrial is entitled to recover from Defendant the damages sustained by Terrestrial as a result of Defendant's infringement of the '563 Patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 7,411,552

34.     Terrestrial repeats and realleges the allegations of paragraphs 1 through 19 as if fully set forth herein.

35.     Claim 1 of the '552 Patent recites:

> 1.      A wireless communication device, comprising:
>
>> a substrate;
>>
>> a ground plane positioned on one side of the substrate;
>>
>> a wireless communication chip electrically connected to said ground plane and proximate thereto;
>>
>> an antenna having a first end and a second end, said first end electrically connected to said ground plane; and
>>
>> said second end comprising an open circuit.

36.     Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '552 Patent by making, using, importing, offering for sale, and/or selling the Accused MultiPresenter Products.

37.     As exemplified below, the Accused MultiPresenter Products are a wireless communication device that communicates via Bluetooth and Wi-Fi.

38.     1.      A wireless communication device, comprising:

*A wireless communication device, comprising:*

The Accused Products communicates via Bluetooth and Wi-Fi





https://www.nec-display-
solutions.com/p/eeme/en/products/accessories/details/t/Options/Wireless-
Transmission/rp/MultipresenterStick-MP10RX.xhtml

*a substrate;*

*a ground plane positioned on one side of the substrate;*

The Accused Productsality comprises of a substrate and a ground plane positioned

on one side of that substrate:







*a wireless communication chip electrically connected to said ground plane and proximate thereto;*

The Accused Productsality includes a wireless communication chip (e.g. AW-NB168sm board including Realtek RTL8723BS Combo Module) which is a wireless communication chip capable of communication over Bluetooth and Wi-Fi.



https://fccid.io/TX2-RTL8723BS/Users-Manual/User-Manual-2267165

The pins connect through a wiring pattern to a Coaxial Cable connection point, which is disposed on the opposite side of the substrate of which the wireless communication chip is disposed:







On the opposite side of substrate, the cylindrical connector connects to a coaxial cable adapter, which attaches to the antenna.







The point then connects through a first end to the coaxial cable and through second

end to a ground plate which comprises Cylindrical pin:

Bottom view:                                    Top View:



Coaxial cable adapter removed and ground plane polished:







*an antenna having a first end and a second end, said first end electrically connected to said ground plane; and*

The Accused Instrument comprises an antenna having two ends, one electrically connected to said ground plane and another comprising an open circuit:







Coaxial cable adapter removed and ground plane polished:







*said second end comprising an open circuit.*

The second end of the antenna does not connect to any wiring patterns, cables or any ground planes, thus the end of the second antenna comprises an open circuit:



39.    Terrestrial is entitled to recover from Defendant the damages sustained by Terrestrial as a result of Defendant's infringement of the '552 Patent in an amount

subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## **PRAYER FOR RELIEF**

WHEREFORE, Terrestrial requests that this Court enter judgment against Defendant as follows:

A.    An adjudication that Defendant has infringed the '134 Patent, the '850 Patent, the '563 Patent, and the '552 Patent;

B.    An award of damages to be paid by Defendant adequate to compensate Terrestrial for Defendant's past infringement of the '134 Patent, the '850 Patent, the '563 Patent, and the '552 Patent, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C.    A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Terrestrial's reasonable attorneys' fees; and

D.    An award to Terrestrial of such further relief at law or in equity as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated:  February 10, 2020                    Respectfully Submitted

                                             */s/ Raymond W. Mort, III*
                                             Raymond W. Mort, III
                                             Texas State Bar No. 00791308
                                             raymort@austinlaw.com

                                             **THE MORT LAW FIRM, PLLC**
                                             100 Congress Ave, Suite 2200
                                             Austin, Texas 78701
                                             Tel/Fax: (512) 865-7950

                                             **ATTORNEYS FOR PLAINTIFF**