# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **TERRESTRIAL COMMS LLC,**<br><br>Plaintiff<br><br>v.<br><br>**NEC CORPORATION,**<br><br>Defendant | **Case No. 6:20-cv-00096-ADA**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss. The Court is of the opinion that the Parties' Joint Motion to Dismiss should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims in the above-styled case are dismissed, with prejudice to the rights of any party to refile the same or any part thereof. It is further **ORDERED** that each party be taxed its own costs of court, and the Clerk of Court is directed to close the above case.

SIGNED this __2nd__ day of __September 2020__.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE